UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFIA ECHEVERRIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TOPLINE NAILS, INC., a California corporation; TOPLINE HAIR AND EYELASHES, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-10906-JFW-ARGx<br><br>**ORDER SET ASIDE DEFAULT** |

After consideration of the Joint Stipulation to set aside the default filed by Plaintiff Sofia Echeverria ("Plaintiff") and Topline Nails, Inc. and Topline Hair and Eyelashes, LLC ("Defendants"), the Court hereby finds good cause to sets aside the defaults entered against Defendants in the above-entitled action and allow Defendants to file their answer(s) w ithin 10 days of this order.

IT IS SO ORDERED.

Date: February 18, 2021

United States District Court Judge

1