1  Joseph R. Manning, Jr., Esq. (SBN 223381)
2  **MANNING LAW, APC**
   20062 SW Birch St., Suite 200 Newport Beach, CA 92660
3  Tel: (949) 200-8755 Fax: (866) 843-8308
4  DisabilityRights@manninglawoffice.com

5  Attorneys for Plaintiff:
6  SOFIA ECHEVERRIA

7  Norman Feirstein (SBN: 80023)
   Jacob Bach (SBN: 241947)
8  **THE FEIRSTEIN LAW FIRM**
9  8251 Westminster Ave., Suite 203 Westminster, CA. 92683
10 Telephone: (714) 892-33320
   jacob@jbbachlaw.com
11
12 Attorneys for Defendants:
   Topline Nail, Inc., and Topline Hair And Eyelashes LLC
13

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOFIA ECHEVERRIA, an individual, | Case No.: 2:20-cv-10906-JFW-AGR |
| Plaintiff, | Hon. John F. Walter |
| v. | **JOINT NOTICE OF SETTLEMENT** |
| TOPLINE NAILS, INC., a California corporation; TOPLINE HAIR AND EYELASHES LLC, a California limited liability company; and DOES 1-10, inclusive, | Complaint Filed: December 1, 2020
Trial Date: None Set |
| Defendants. | |

Plaintiff, SOFIA ECHEVERRIA, and Defendant, TOPLINE NAIL, INC., AND TOPLINE HAIR AND EYELASHES LLC., (the "Parties") have reached a

settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Dated: August 5, 2021               **MANNING LAW, APC**

                                      By:   */s/ Joseph R. Manning, Jr. Esq.*
                                                 Joseph R. Manning, Jr., Esq.
                                                 Attorneys for Plaintiff,
                                                 Sofia Echeverria

Dated: August 5, 2021               **THE FEIRSTEIN LAW FIRM**

                                      By:   */s/ Jacob Bach*
                                               Jacob Bach
                                               Attorney for Defendant,
                                               Topline Nail, Inc., and
                             Topline Hair And Eyelashes LLC

## CERTIFICATE OF SERVICE

I certify that on August 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

                                               Respectfully submitted,

Dated: August 5, 2021               **MANNING LAW, APC**

                                      By:   */s/ Joseph R. Manning, Jr.  Esq.*
                                                 Joseph R. Manning, Jr., Esq.
                                                 Attorneys for Plaintiff
                                                 Sofia Echeverria

# SIGNATURE ATTESTATION

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: August 5, 2021                    **MANNING LAW, APC**

                                              By:   */s/ Joseph R. Manning, Jr. Esq.*
                                                           Joseph R. Manning, Jr., Esq.
                                                           Attorneys for Plaintiff
                                                           Sofia Echeverria